JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael D. Arthurs,<br><br>    Plaintiff,<br><br>v.<br><br>Nationstar Mortgage LLC et al,<br><br>    Defendants. | Case No. 2:24-cv-02714-AB-JCx<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

    On August 7, 2024, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by August 28, 2024. No response has been filed.

    IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  January 13, 2025

                                     HONORABLE ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT COURT JUDGE